IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-91-193-CR




TOMMY LEE BLACKWELL,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT


NO. 39,573, HONORABLE JOE CARROLL, JUDGE


 





PER CURIAM

 Appellant pleaded guilty to the offense of aggravated sexual assault. Tex. Pen.
Code Ann. § 22.021 (1989). The district court adjudged appellant guilty and assessed punishment
at imprisonment for sixteen years.

 Appellant's court-appointed attorney filed a brief in which he concludes that the
appeal is frivolous and without merit. The brief meets the requirements of Anders v. California,
386 U.S. 738 (1967), by advancing contentions which counsel says might arguably support the
appeal. See also Penson v. Ohio, 488 U.S. 75 (1988); Gainous v. State, 436 S.W.2d 137 (Tex.
Cr. App. 1969); Jackson v. State, 485 S.W.2d 553 (Tex. Cr. App. 1972); Currie v. State, 516 
S.W.2d 684 (Tex. Cr. App. 1974); High v. State, 573 S.W.2d 807 (Tex. Cr. App. 1978). A
copy of counsel's brief was delivered to appellant, and appellant was advised of his right to
examine the appellate record and to file a pro se brief. No pro se brief has been filed.

 We have carefully reviewed the record and counsel's brief and agree that the appeal
is frivolous and without merit. A discussion of the contentions advanced in counsel's brief would
serve no beneficial purpose.

 The judgment of conviction is affirmed.


[Before Justices Powers, Jones and B. A. Smith]

Affirmed

Filed: September 18, 1991

[Do Not Publish]